No. 05–7099.  BONADONNA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–7101.  DUGAN v. BRILEY, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 05–7104.  HARPER v. UNITED. STATES.  C. A. 4th Cir. Certiorari denied.

No. 05–7105.  GUZMAN-ESPINAL v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 05–7109.  JACOBS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–7110.  JACKSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–7113.  ALVARADO-JIMENEZ, AKA SOTERO-JIMENEZ v. UNITED STATES  GALLEGOS-LUERA, AKA TORRES-MONSISVAIS v. UNITED STATES; HERRERA-FLORES v. UNITED STATES; ORTIZ JACOBO v. UNITED STATES; JAIMES-ESTRADA, AKA ESTRADA JAIMES v. UNITED STATES  JUAREZ-CAMPOS v. UNITED STATES  MEDRANO-AGUILAR v. UNITED STATES  MUNOZ-MUNOZ v. UNITED STATES  NAVA-CHAVEZ v. UNITED STATES  RAMIREZ-GARCIA v. UNITED STATES; RAMOS-ESPINO, AKA RAMOS v. UNITED STATES  RAMOS-ZUNIGA, AKA RAVAGO-VAZQUEZ v. UNITED STATES; REYES-GURROLA v. UNITED STATES; ROLDAN-GIL v. UNITED STATES; and SANCHEZ-MENDEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7114.  LEVY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–7116.  JACKSON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 05–7117.  CALABAZA v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.